**James C. Mahan
U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV ONE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CELEBRATE PROPERTIES, LLC., et al.,<br><br>    Defendants. | 2:11-CV-606 JCM (LRL) |

**ORDER**

Presently before the court is plaintiff Res-NV One, LLC's motion for enlargement of time. (Doc. # 15). Plaintiff also filed the declaration of Ketan D. Bhirud in support of its motion. (Doc. # 15, Ex. 1).

In the present motion, plaintiff asks the court for an additional 45 days to effectuate service upon Harry H. Shull. Plaintiff asserts that since filing its complaint on April 19, 2011, it "has made multiple diligent, unsuccessful attempts to locate and serve process upon Harry H. Shull." (Doc. # 15). Subsequently, plaintiff filed an application (doc. # 10) for service upon Mr. Shull by publication, which was granted by this court (doc. # 12).

Following the granting of the motion, plaintiff was informed by a private investigator that he would be able to effectuate personal service on Mr. Shull at an address in California. Therefore, plaintiff asserts that it waited on service by publication for a few weeks. After the private investigator's efforts to personally serve Mr. Shull were unsuccessful, plaintiff published the

summons and complaint once a week for four consecutive weeks. However, "in an abundance of caution," the plaintiff now requests an additional 45 days to serve Mr. Shull by publication. (Doc. # 15).

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff Res-NV One, LLC's motion for enlargement of time (doc. # 15) be, and the same hereby is, GRANTED. Plaintiff has 45 days from the date of this order to effectuate service by publication upon Harry H. Shull.

DATED August 12, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -